1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Doug Dennie, an individual, | Case No: 2:25-cv-02023-JHC |
| Plaintiff, | |
| vs. | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| Rip N Dip, Inc., a California corporation; | |
| Ryan O'Connor, an individual (principal of RipNDip); | |
| F & F Enterprises, Inc. dba Rex Fabrics (Los Angeles), a California corporation; | |
| Jeff Pearson (General Manager, Rex Fabrics Los Angeles); | |
| Joshua Harris, an individual; | |
| Jed Sanders, an individual; | |
| Janet Johnson, an individual (true name presently unknown); | |
| Sandra Anemia, an individual (true name presently unknown); | |
| Does 1-10, individuals presently unknown, | |
| Defendants. | |

Per the Stipulation at Dkt. # 7, the Court EXTENDS the time for responding to the Complaint to January 6, 2026.

Dated this 2nd day of December, 2025.

_____
John H. Chun
United States District Judge