1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| Doug Dennie, an individual, | Case No: 2:25-cv-02023-JHC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| Rip N Dip, Inc., a California corporation; | |
| Ryan O'Connor, an individual (principal of RipNDip); | |
| F & F Enterprises, Inc. dba Rex Fabrics (Los Angeles), a California corporation; | |
| Jeff Pearson (General Manager, Rex Fabrics Los Angeles); | |
| Joshua Harris, an individual; | |
| Jed Sanders, an individual; | |
| Janet Johnson, an individual (true name presently unknown); | |
| Sandra Anemia, an individual (true name presently unknown); | |
| Does 1-10, individuals presently unknown, | |
| Defendants. | |

1
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1 | Defendant F & F Enterprises, Inc. ("F & F") respectfully requests, and the
2 | Plaintiff Doug Dennie ("Plaintiff") agree, that the Court issue an order extending
3 | the time for Defendant F & F to respond to the complaint from December 3, 2025
4 | to January 6, 2026.

5 |     1.    On October 20, 2025, Plaintiff filed a Complaint for Violation of
6 | Federal and State Securities Laws, Civil Racketeer Influenced and Corrupt
7 | Organizations Act, Fraudulent Misrepresentation, Civil Conspiracy to Defraud, and
8 | Unjust Enrichment (ECF No. 2);

9 |     2.    Counsel for Defendant F & F was served the Summons and
10 | Complaint on November 12, 2025 and with a response date of December 3, 2025;

11 |     3.    Defendant F & F requests an extension to answer or otherwise
12 | respond to the complaint up to and including January 6, 2026, so that F & F may
13 | investigate the allegations of the Complaint and prepare an adequate response;

14 |     4.    This is the first request for additional time sought by Defendant F & F
15 | in this action;

16 |     5.    This extension is sought in good faith and not for the purpose of
17 | delay. The requested enlargement of time will not prejudice any of the parties
18 | involved in this case; and

19 |     6.    Plaintiff Dennie has agreed to this requested extension.

20 | WHEREFORE, for the foregoing reasons, the Parties respectfully request
21 | that this Court extend the time for Defendant F & F to respond to the complaint
22 | until January 6, 2026.

23 | Respectfully submitted this 2nd day of December, 2025.

IT IS SO STIPULATED.

Dated:

By:[1]

_____

James J. Astuno Jr.
WSBA No. 60505
Yi Tian Fang
WSBA No. 62041
1105 Tacoma Ave S
Tacoma, WA 98402

*Attorneys for Defendant F & F Enterprises Inc.*

Dated:

By:

_____

Ronald G. Rossi
WSBA No. 54720
616 33rd Ave. NW
Gig Harbor, WA 98335
*Attorney for the Plaintiff Doug Dennie*

---

[1 Signatures are on the filing at Dkt. # 9.]

**ORDER**

While it is questionable whether Defendants show good cause, because Plaintiff agrees to this, the Court GRANTS the motion and EXTENDS the time to respond to Complaint to January 6, 2026.

Dated this 5th day of December, 2025.

_____
John H. Chun
United States District Judge