**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| Doug Dennie, an individual, | Case No: 2:25-cv-02023-JHC |
| Plaintiff, | **ORDER** |
| vs. | |
| Rip N Dip, Inc., a California corporation; | |
| Ryan O'Connor, an individual (principal of RipNDip); | |
| F & F Enterprises, Inc. dba Rex Fabrics (Los Angeles), a California corporation; | |
| Jeff Pearson (General Manager, Rex Fabrics Los Angeles); | |
| Joshua Harris, an individual; | |
| Jed Sanders, an individual; | |
| Janet Johnson, an individual (true name presently unknown); | |
| Sandra Anemia, an individual (true name presently unknown); | |
| Does 1-10, individuals presently unknown, | |
| Defendants. | |

Before the Court is Defendant F & F Enterprises, Inc.'s motion to dismiss.  Dkt. # 13. The motion is unopposed.  The Court GRANTS the motion for the reasons presented therein, and because the non-opposition is considered as an admission that the motion has merit.  *See* LCR

1
ORDER

7(b)(2).  Given the nature of the arguments presented in the motion, the Court DISMISSES all claims against F & F without prejudice.

Dated this 6th day of February, 2026.

_____
John H. Chun
United States District Judge